**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1812

WAYNE L. DAVIS,

Plaintiff – Appellant,

v.

COMMUNITY DEVELOPMENT PERSONNEL; RACHEL O'DWYER FLYNN; ART
DAHLBERG; FARRAL HENDERSON; BONNIE FRIEDMAN; ROY W. EIDEM;
ALAN W. MCMAHAM; DYETT ELLIS; MICHELLE COWARD; KEISHA
STEPHENSON; DWIGHT C. JONES, Mayor, City of Richmond;
TIMOTHY KAINE, Governor; WILLIAM C. SHELTON, State Director,
the Jackson Center; NORMAN B. SALES, Richmond City Attorney;
GREGORY A. LUKANUSKI, Assistant Attorney, Office of the City
Attorney; BILL MIMS, Attorney General,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:09-cv-00133-REP)

Submitted: November 9, 2009          Decided: December 22, 2009

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wayne L. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne L. Davis seeks to appeal the district court's order dismissing his complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Davis's motion to reconsider our previous order denying his motion for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2